UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HARRY CASTILLO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:10-cv-1026-JMS-DML ) |
| G - G TRUCKING INC., | ) ) ) |
| Defendant. | ) |

## ENTRY DIRECTING FURTHER PROCEEDINGS

On August 18, 2010, plaintiff Harry Castillo filed this action against his former employer alleging a claim pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621. Since that time the court has attempted to assist the plaintiff in serving the defendant G-G Trucking pursuant to *Federal Rules of Civil Procedure* 4(c)(3). All attempts at serving the defendant have been unsuccessful. Most recently, the U.S. Marshal's deputy stated in the process receipt and return that he was unable to serve the summons as directed by the court because he was unable to locate the company named. The deputy noted in the remarks section of that form that "bus closed . . . no answer . . . abandoned bldg."

It appears that further attempts to serve the defendant at the address provided by the plaintiff would be futile. The plaintiff is responsible for having the summons and complaint served within 120 days after the complaint is filed. FED. R. CIV. P. 4(m). More than 200 days have passed since the complaint was filed. The plaintiff shall have through **June 14, 2011,** in which to provide an address at which the defendant can be served. Failure to do so will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Date: 05/19/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Harry Castillo
3426 W. 52nd St.
Indianapolis, IN 46228